| AUSA: | John Turrettini | Telephone: | (313) 226-9100 |
|---|---|---|---|
| Task Force Officer: | Stuart Martin | Telephone: | (313) 202-3400 |

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
## Eastern District of Michigan

| United States of America | | Case: 2:26−mj−30339 |
|---|---|---|
| v. | | Assigned To : Unassigned |
| Oscar Quenea HARRIS | | Assign. Date : 6/4/2026 |
| | Case No. | Description: RE: SEALED MATTER (EOB) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____June 1, 2026_____ in the county of _____Wayne_____ in the _____Eastern_____ District of _____Michigan_____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Stuart Martin, Task Force Officer (A.T.F.)
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: _June 4, 2026_____

_____
*Judge's signature*

City and state: _Detroit, Michigan_____

Hon. David R. Grand, U.S. Magistrate Judge
*Printed name and title*

## <u>AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT</u>

I, Task Force Officer Stuart Martin, being duly sworn, do hereby state the following:

### I.   INTRODUCTION

1.   I am a sworn Police Officer for the Detroit Police Department and have been employed there for approximately twelve years.  I am currently a Federal Task Force Officer (TFO) assigned to the Firearms Investigation Team with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF) Task Force, and have been since August of 2020.  I have been assigned to investigate gang, narcotics and weapons offenses in the City of Detroit and surrounding areas. I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), and I am empowered by law to conduct investigations and make arrests of offenses enumerated under federal law.

2.   I have received extensive training at and successfully graduated from the Detroit Police Academy. I have personally investigated and participated in numerous cases, including with respect to search warrants, arrests, prosecutions, and the seizure of narcotics

and firearms.  I am also a graduate of University of Detroit Mercy where I earned a bachelor's degree in criminal justice.

3. During my time in law enforcement, I have participated in numerous criminal investigations, involving firearms crimes, armed drug-trafficking violations, and offenses by criminal street gangs, among others.  I have also authored numerous state search warrants and have been involved with the execution of the search warrants.  In addition, I have utilized a variety of investigative techniques and resources as a Task Force Officer, including physical and electronic surveillance, undercover and various types of informants, and cooperating sources.  Through these investigations, my training and experience, and conversations with other agents and other law enforcement personnel, I have become familiar with firearms violations.

4. The information contained in this affidavit is based both on my investigation and information provided to me by or through other law enforcement agents, investigators, and individuals with knowledge of this matter.

5. This affidavit establishes probable cause that Oscar Quenea HARRIS violated 18 U.S.C. § 922(g)(1), by possessing a firearm as a convicted felon on June 1, 2026, in the Eastern District of Michigan. This affidavit sets forth probable cause that the offenses described were committed, but it does not include all information known to law enforcement related to this investigation.

## II.   PROBABLE CAUSE

6. On June 1, 2026, Detroit Police Officers were conducting patrol in the area of Greenfield and Midland. The officers observed a white Dodge Grand Caravan traveling southbound on Greenfield at a high rate of speed at approximately 01:05 hours. The officers initiated a traffic stop on that Dodge. They approached the vehicle and explained to the driver, Oscar HARRIS, the reason for the traffic stop.

7. The officers observed that HARRIS exhibited a nervous demeanor while talking to them, and they requested his driver's license, registration, and insurance. HARRIS provided those items. The officer who obtained them briefly stepped away from the driver side window to hand them to his partner. When the officer re-

3

approached the Dodge's driver's side, he observed HARRIS lifting the center of his waistband and placing a small black handgun into his pants. The officers immediately instructed HARRIS to not reach for the weapon. HARRIS hesitated, then complied, and the officers were then able to retrieve a black SCCY CPX-2 9MM pistol, serial number C086708, from HARRIS's waistband. The officers then arrested HARRIS.

8.  I later reviewed HARRIS' computerized criminal history, which revealed that he has the following felony convictions

    a.  2000 – 3rd Circuit Court, Detroit Michigan: Receiving and concealing stolen property – found guilty and sentenced to five years' probation.

    b.  2001 – 3rd Circuit Court, Detroit Michigan: Assault with dangerous weapon– found guilty and sentenced to five (5) years' probation.

    c.  2003 – 14th Circuit Court, Muskegon Michigan: count 1: possession of controlled substance less than 25 grams and count: 2 assault with a dangerous weapon– found

guilty and sentenced to one (1) year and two (2) months to eight (8) years confinement.

d.    2010 – U.S. District Court, Eastern District of Michigan, Detroit, Michigan: Felon in possession of firearm - Guilty and sentenced to thirty (30) months confinement and forty-eight (48) months supervised release.

9.    In sum, there is probable cause that HARRIS knew he had previously been convicted of an offense punishable by more than one year of imprisonment prior to the offense date listed in this affidavit.

10.   On June 3, 2026, Special Agent Kara Klupacs, an ATF Interstate Nexus Expert, advised, based on a verbal description of the firearm, without physically examining the firearm, that the SCCY CPX-2 9mm pistol is considered a firearm as defined under 18 U.S.C. § 921, and was manufactured outside the state of Michigan and therefore, had traveled in and affected interstate commerce.

### III.   CONCLUSION

11.   Probable cause exists that Oscar Quenea HARRIS, a previously convicted felon, knowing that he was previously convicted of an offense punishable by more than one year imprisonment, was in possession of the above-described firearm on June 1, 2026, in violation of Title 18 U.S.C. § 922(g)(1).

Respectfully submitted,

_____
Stuart Martin
Task Force Officer, A.T.F.

Sworn to in my presence and/or
by reliable electronic means.

_____
Hon. David R. Grand
United States Magistrate Judge

June 4, 2026

6